Opinion by OLIVER, P. J. It was stipulated that the harmonicas in question are similar in all material respects to the merchandise the subject of Abstract 49930, which record was incorporated herein. In accordance therewith the claim at 40 percent under paragraph 1541 was sustained.

**No. 50168.**—Protest 52172–K of F. W. Woolworth Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the harmonicas in question are similar in all material respects to the merchandise the subject of Abstract 49930, which record was incorporated herein. In accordance therewith the claim at 40 percent under paragraph 1541 was sustained.

**No. 50169.**—Protest 77275–K of F. W. Woolworth Co. (San Francisco).

Opinion by OLIVER, P. J. It was stipulated that the harmonicas in question are similar in all material respects to the merchandise the subject of Abstract 49930, which record was incorporated herein. In accordance therewith the claim at 40 percent under paragraph 1541 was sustained.

**No. 50170.**—Protest 77561–K of F. W. Woolworth Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the harmonicas in question are similar in all material respects to the merchandise the subject of Abstract 49930, which record was incorporated herein. In accordance therewith the claim at 40 percent under paragraph 1541 was sustained.

**No. 50171.**—Protest 969453–G of F. W. Woolworth Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the harmonicas in question are similar in all material respects to the merchandise the subject of Abstract 49930, which record was incorporated herein. In accordance therewith the claim at 40 percent under paragraph 1541 was sustained.

**No. 50172.**—Protest 971584–G of F. W. Woolworth Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the harmonicas in question are similar in all material respects to the merchandise the subject of Abstract 49930, which record was incorporated herein. In accordance therewith the claim at 40 percent under paragraph 1541 was sustained.

**No. 50173.**—Protests 439547–G, etc., of Ash Fur Corp. et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.